# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 1:16-po-00173-SAB |
| )  | |
| Plaintiff,       ) | **DEFENDANT'S STATUS REPORT ON** |
| v.                                                          ) | **UNSUPERVISED PROBATION** |
| )  | |
| CRAIG DAVILA,                                    ) | |
| )  | |
| Defendant.     ) | |
| )  | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle without a Valid License, in violation of 36 CFR 4.2/ CVC 12500(a) |
| **Sentence Date:** | August 18, 2016 |
| **Review Hearing Date:** | August 3, 2017 |
| **Probation Expires On:** | August 18, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $340 ($300 fine; $10 special assessment; $30 processing fee)

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:   Date:
                                                                                      Amount:

☐ Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: 7/19/2017 /s/ Darin Rock
Darin Rock
Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/3/2017 at 10:00 a.m.

☐ be continued to _____ at 10:00 a.m.; or

☒ be vacated.

DATED: 7/6/2017 /s/ Andrew Wong
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **July 25, 2017**

UNITED STATES MAGISTRATE JUDGE